# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. |
| VS. | : | |
| STACY BRUCKSHAW, | : | |
| Defendant. | : | December 2, 2020 |

## **COMPLAINT**

NOW COMES the United States of America, by and through its undersigned attorneys, and alleges the following:

1. This is a civil action brought by the plaintiff, United States of America, on behalf of the United States Social Security Administration ("SSA") to reduce to judgment a debt owed by the defendant to the SSA.

2. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

3. The Defendant, Stacy Bruckshaw, is an individual who resides in the State of Connecticut, and is within the jurisdiction of this Court.

4. From December 1994 to January 1998, Stacy Bruckshaw (the "Defendant") received SSA benefits in the amount of $47,902.90 on behalf of her (minor) child. *See* Certificate of Indebtedness, attached hereto as Exhibit A.

5. The Defendant was not entitled to the payment of the benefits referred to in Paragraph 4 above. *Id.*

6. Defendant is currently indebted to the United States in the principal amount of $37,510.70. *Id.*

7. Demand has been made upon the Defendant by the United States for the sum due, but the amount due remains unpaid.

WHEREFORE, the United States demands judgment against the Defendant for the total of $37,510.70.

The United States further demands, pursuant to 28 U.S.C. Section 1961, that interest on any judgment be at the legal rate until the judgment is paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        /s/
        _____

        ASSISTANT UNITED STATES ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        157 CHURCH STREET, 25th FLOOR
        NEW HAVEN, CT  06510
        Tel.: (203) 821-3700 / Fax: (203) 773-5373

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE, MARYLAND 21241

CERTIFICATE OF INDEBTEDNESS

Claim No. xxx-xx-7942

STACY BRUCKSHAW

CT

Total debt due United States as of **OCTOBER 9,2019: $37,510.70**

I certify that the Social Security Administration records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with an overpayment of Social Security benefits.

Section 204(a) of the Social Security Act, states that the adjustment of benefits to recover an overpayment is accomplished by withholding benefits payable to: The overpaid individual, including a representative payee who received an overpayment on behalf of a beneficiary on any earning record from and /or any other person receiving on the same earnings record on which the overpayment occurred. The overpayment can be recovered from current and prospective monthly benefits, an underpayment or a lump-sum death payment.

From **December 1994** through **January 1998** the debtor named above was receiving benefits and was not entitled to receive them for herself or her child Milissa Bruckshaw and was, therefore, not due any benefit payments. The debtor was, in fact, paid benefits totaling $47,902.90 of which $10,392.20 has been repaid, leaving an unsatisfied indebtedness of **$ $37.510.70**

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
ONTAII MARTIN for

Chris Goble
Associate Commissioner
For Central Operations

Date: October 9, 2019